UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Miguel Angel ROSAS, Francisco Javier ROSAS, and Jamie Gabriel ARELLANO III,

    Defendants.

No. 1:18MJ 00034 EPG

[PROPOSED] SEALING ORDER

**(UNDER SEAL)**

FILED
FEB 23 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint, affidavit and arrest warrants in the above-captioned case, together with this <u>ex parte</u> application, the memorandum of points and authorities, the declaration of Jeffrey A. Spivak and this court's sealing order, be kept under until further order of the Court. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.

DATED 2/22/18

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE