McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
FEB 27 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL ANGEL ROSAS, ET AL., <br><br> Defendants. | CASE NO. 1:18-MJ-0034 EPG <br><br> ORDER TO UNSEAL COMPLAINT |

This complaint sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to MIGUEL ANGEL ROSAS, FRANCISCO JAVIER ROSAS, and JAIME GABRIEL ARELLANO III, and be made public record.

DATED: February 27, 2018

ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE